IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN, <br><br> Plaintiffs, <br><br> v. <br><br> UNIQUE CASEWORK INSTALLATIONS, <br><br> Defendant. | No. 14 C 08161 <br><br> Judge Gottschall |

**PLAINTIFFS' MOTION FOR DEFAULT
AND DAMAGES**

Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (collectively the "Funds"), and James S. Jorgensen, by their attorneys, state:

1. On October 17, 2014, Plaintiffs filed a complaint under Section 301(a), Labor Management Relations Act, 29 U.S.C. §185(a), as amended, and Section 502(a)(3) of the Employee Retirement Income Security Act, 29 U.S.C. §1132(a)(3), as amended, alleging that the Company failed to report and pay contributions for the period from July 2014 to the present, and that the Company failed to comply with an audit for the period from June 27, 2013 to the present.

2. Service of summons was attempted to the Registered Agent on November 7, 2014, without success, and on December 22, 2014, the Illinois Secretary of State office of corporations

1

identified that the Complaint has been served by affidavit that the Company is not able to be propery served at the Registered Agent office in Illinois. A copy of the notice identifying service of summons is attached as Exhibit 1.

3. More than twenty days have passed since service of the summons and complaint. A copy of this motion will be sent to Patricia Davis at the office of the Registered Agent at 3936 W. 16th Street, Chicago, Illinois 60623 and at the following address: 1522 S. Harding Avenue, Chicago, Illinois 60623.

4. According to an Affidavit of Rocco Marcello, the Funds are owed liquidated damages in the amount of $3,572.99 and the Union is owed $35.74 also for penalties. (Exhibit 2, Affidavit of Rocco Marcello). Penalties are owed pursuant to the collective bargaining agreement and Trust Agreements.

5. In addition, the collective bargaining agreement between the parties provides that each employer agrees before commencement of work to obtain a bond in the sum of $5,000.00, to insure prompt and full payment of all wages and fringe benefit contributions. The Company has submitted payment of $500.00 towards a bond, and a balance of $4,500.00 is owed. (See attached, Exhibit 2).

6. Plaintiffs request that the judgment include reasonable attorneys' fees and costs incurred in the amount of $2,500.00, in fees and $ 450.00, in costs as provided in an affidavit from Karen I. Engelhardt on behalf of the Laborers' Funds for the period from October 2014 to the present. (Exhibit 3).

Wherefore, plaintiffs drafted a proposed judgment order for a total judgment against in the amount of $ 11,057.73, which includes liquidated damages, union penalties, attorneys' fees and costs, and also includes the balance of amounts owed for a cash bond.

Respectfully submitted,

                                            /s/Karen I. Engelhardt
                                            One of plaintiffs' attorneys

Allison, Slutsky & Kennedy, P.C.,
230 W. Monroe Street Suite 2600
Chicago, IL 60606
(312) 364-9400                                              April 17, 2015